IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY B. DAVIS,          Plaintiff, | : : : | CIVIL ACTION |
| v. | : : | |
| KILOLO KIJAKAZI,[1] Acting Commissioner of Social Security,          Defendant. | : : | NO. 18-5400 |

## ORDER

**AND NOW**, this 4th day of May, 2022, upon consideration of Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (Doc. 30), Defendant's Response to Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act (Doc. 31), Plaintiff's Reply Brief Sur EAJA Fees (Doc. 32), and Plaintiff's Motion for Leave to File a Supplemental Reply Brief Sur EAJA Motion (Doc. 33), and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Plaintiff's motion for leave to file a further reply (Doc. 33) is **GRANTED** and the further reply appended to his motion as Exhibit 1 is **CONSIDERED FILED**; and

2. Plaintiff's motion for fees (Doc. 30) is **DENIED**.

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, therefore, she should be substituted for Andrew Saul as Defendant in this suit. *See also* 42 U.S.C. § 405(g) ("Any action instituted in accordance with this subsection shall survive notwithstanding any change in the person occupying the office of Commissioner of Social Security or any vacancy in such office.").